UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-870 RHK/AJB

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DUFF DEXTER,<br><br>Defendant,<br><br>WELLS FARGO,<br><br>Garnishee. | **GARNISHMENT ORDER** |

A Writ of Garnishment was duly issued by this Court and personally served on the garnishee and on the defendant. The garnishee indicates that the defendant has no funds in his bank accounts.

THEREFORE, IT IS ORDERED, that the Writ of Garnishment served on February 12, 2004, is hereby released.

Dated: 3/8/04

ARTHUR J. BOYLAN
United States Magistrate Judge

SCANNED
MAR 08 2004
U.S. DISTRICT COURT ST. PAUL