UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-870 RHK/AJB

UNITED STATES OF AMERICA, Plaintiff,

v.

DUFF DEXTER, Defendant,

CENTURY 21, Garnishee.

**GARNISHMENT ORDER**

A Writ of Garnishment was duly issued by this Court and personally served on the garnishee and on the defendant. The garnishee indicates that the defendant is no longer an employee.

THEREFORE, IT IS ORDERED, that the Writ of Garnishment served on February 12, 2004, is hereby released.

Dated: June 4, 2004.

s/ Arthur J. Boylan
ARTHUR J. BOYLAN
United States Magistrate Judge