UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-870 RHK/AJB

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DUFF DEXTER,<br><br>Defendant. | **RELEASE OF JUDGMENT AND ABSTRACT OF JUDGMENT** |

The defendant is deceased and the judgment in the above-entitled action has been written off by the United States Department of Education.

THEREFORE, the Clerk of the United States District Court for the District of Minnesota may release and cancel the judgment of record.

AND, the Recorder for the County of Olmstead, State of Minnesota, may immediately release the Abstract of Judgment recorded in said Recorder's office of Olmstead County, as Document No. 843040, in the amount of $4,472.34 plus interest.

Dated: May 1, 2006

RACHEL K. PAULOSE
United States Attorney

M. Trippler

BY: MARY L. TRIPPLER
Assistant U.S. Attorney
Attorney I.D. No. 110887
600 United States Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5600
Attorneys for the Plaintiff

SUBSCRIBED and SWORN to before me this
1st day of May, 2006.

Nancy Jo Lair
NOTARY PUBLIC

NANCY JO LAIR
NOTARY PUBLIC
MINNESOTA
My Commission Expires Jan. 31, 2007

SCANNED
MAY 03 2006
U.S. DISTRICT COURT MPLS

**U.S. Department of Justice**

*United States Attorney*
*District of Minnesota*

*600 United States Courthouse*
*300 South Fourth Street*
*Minneapolis, MN 55415*
*www.usdoj.gov/usao/mn*

*(612)664-5600*

May 3, 2006

RECEIVED
MAY 03 2006
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

Richard Sletten, Clerk
United States District Court
202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Re: United States v. Duff Dexter
Civil No. 00-870 RHK/AJB

Dear Mr. Sletten:

Enclosed for filing, is the original notarized Release of Judgment and Abstract of Judgment in regard to the above-entitled matter. Could you please forward a certified copy to me.

done / JME

Sincerely,

RACHEL K. PAULOSE
United States Attorney

Nancy J. Lair

BY: NANCY J. LAIR
Financial Litigation Agent

Enclosure